# ATTACHMENT 1

FILED/REC'D

2026 MAR 13 A 9:57

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## COMPLAINT FORM

### (for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE _Western_ DISTRICT OF _Wisconsin_

_120 N Henry street Rm 320_

(Full name of plaintiff(s))

_Pearlie Bernard Jackson_

_1617 Dewey Ave_

_Beloit Wi. 53511_

vs

(Full name of defendant(s))

_Officer C. L. Miller and_

_Supervisor et al_

_Beloit Police Department_

_100 State St. Beloit Wisconsin_

Case Number:

_26-cv-207-jdp_

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ and resides at

(State)

_1617 Dewey Ave Beloit Wisconsin_

(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _C L Miller_

(Name)

is (if a person or private corporation) a citizen of ___WISCONSIN___

(State, if known)

and (if a person) resides at ___100 STATE STREET___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Beloit Police Department___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

Officer C L Miller violated my Rights or my Constitutional Rights. Officer C L Miller arrested me for saying my Next door neighbor is uneducated and call it disorderly conduct but next door Neighbor threaten me the Plaintiff's in front of Officer CL Miller and Officer CL Miller just gave her a WARNING This happen on 5/19/2024 on

Attachment One (Complaint) – 2

Dewey Ave here in Beloit Wisconsin at 1617 Dewey and 1611 Dewey in Beloit Wis Because I has been calling out the Beloit Police Dept. Complaining About the poor Policing in my Neighborhood for the Past 15 years the department meaning the Police department has fail this Neighbor hood for last 15 years for all the drugs and shooting in this Neighborhood my house got shot up and my Neighbor house got shot up and the Neighbor down the street got shot and his house got shot up Address 1621 was a drug house for years and so many Police calls about that house so to shut me up They Beloit Police department is upset with me for that. All defendants working in their offical capacity to violate Plantiff's Rights of freedom of speech

Captain on duty that day of May 19, 2024. Sergeant that worked that shift of May 19, 2024 and Officer C.L. Miller working in his offical duty As Police Officer to violate Plaintiff Rights of freedom of speech Right. All defendants could have and should have stop said voilation but didn't. All had power to do so and didn't.

On May 19, 2024 Def. CL Miller unknown Captian and unknown Sergeant working in their Official Capacity As Supervisors of Def. Miller to violate Plaintiff's Rights could have acted to correcz said violation but didn't. All Defendants are Responsible for violating Plaintiff's Right

Attachment One (Complaint) – 3

**Statement of Claim (Example 2)**

> When

> Where

> Who

> What happened

> Why it happened

> What else happened

> What else happened

> Why it happened

On *December 1, 2013,* while plaintiff Samantha Smith was driving her car in *Indianapolis, Indiana, John Steven and Clyde Davis,* both city police officers, *stopped her car.* The officers had *no reason* to believe that she had violated any law, but *they detained and questioned her* for an hour, embarrassing her as neighbors drove by. Before the officers allowed her to resume driving, they deliberately *shoved her into the hood of her car.* They did so apparently *because her son recorded the episode.* The excessive force caused a head injury that required medical treatment. Smith wants damages for the one-hour detention, her medical treatment, pain, and embarrassment.

Officer CL Miller on May 19, 2024 came to the Address dewey Ave here in Beloit WI. 53511 Responding to my next door Neighbor AZ 1611 Dewey Ave in Beloit WI. Plaintiff was at his car and officer Miller pull up And Ask Plaintiff what was wrong with that women I stated crazy she the Neighbor threatening me and officer Miller shouted at the neighbor to be quiet and stop with the threats officer Miller said he was detaining me. then officer Miller said he was arresting me for saying the neighbor was unednated officer Miller held me there for hours

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want to be paid for All def (s) for Violating my Right under the consti Constitution the sum of # 50,000 for working in there Offical To violate Plaintiffs Rights and that All defendants be retrain of the Constitution Rights that they All suppose to uphold and didn't.

E.   JURY DEMAND

☐   Jury Demand - I want a jury to hear my case
                         OR
☒   Court Trial – I want a judge to hear my case

Dated this _2nd_ day of _February_ . 20 _26_ .

Respectfully Submitted,

_Pearl B. Jackson_

Signature of Plaintiff

_608 - 481 - 1988_

Plaintiff's Telephone Number

_slee03272@gmail.com_

Plaintiff's Email Address

_1617 Dewey Ave_

_Beloit WI. 53511_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5